# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03927-SKC-CYC

ATLANTIS ADAPT,
DAWN RUSSELL,
CLAUDIA FOLSKA,

    Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant.

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiffs, by and through their counsel, Andy McNulty, Mari Newman, and Madeline Leibin of NEWMAN | MCNULTY, respectfully give notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that this action is dismissed without prejudice. The parties have agreed that each side will bear their own fees and costs.

Respectfully submitted January 16, 2026.

                              NEWMAN | MCNULTY

                              *s/ Andy McNulty*
                              Mari Newman
                              Andy McNulty
                              Madeline Leibin
                              1490 N. Lafayette Street Suite 304
                              Denver, CO 80218
                              (720) 850 - 5770
                              mari@newman-mcnulty.com
                              andy@newman-mcnulty.com
                              madeline@newman-mcnulty.com

                              ATTORNEYS FOR PLAINTIFFS

1

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties who have entered their appearances in this matter.

          NEWMAN | MCNULTY, LLC

          *s/ Andy McNulty*
          Andy McNulty

2